UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MOAN, BARBARA § Case No. 09-72746
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    U.S. Bankruptcy Clerk's Office
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/11/2015 in Courtroom 3100,
    U.S. Bankruptcy Court
    327 South Church Street
    Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue_____
                             Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MOAN, BARBARA § Case No. 09-72746
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 237,500.00 |
| and approved disbursements of | $ | 82,520.60 |
| leaving a balance on hand of[1] | $ | 154,979.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 9,372.11 | $ 0.00 | $ 9,372.11 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 4,620.00 | $ 0.00 | $ 4,620.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 95.52 | $ 0.00 | $ 95.52 |
| Other: BERNSTEIN LIEBHARD LLP | $ 77,571.16 | $ 77,571.16 | $ 0.00 |
| Other: BERNSTEIN LIEBHARD LLP | $ 990.00 | $ 990.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 14,087.63 |
| Remaining Balance | | $ | 140,891.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,886.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 18,676.03 | $ 0.00 | $ 18,676.03 |
| 000002 | PNC BANK, N.A. | $ 3,210.21 | $ 0.00 | $ 3,210.21 |
| | Total to be paid to timely general unsecured creditors | | $ | 21,886.24 |
| | Remaining Balance | | $ | 119,005.53 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,240.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Med Choice | $ 3,240.00 | $ 0.00 | $ 3,240.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 3,240.00 |
| Remaining Balance | $ | 115,765.53 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 707.78 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 115,057.75 .

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 09-72746-TML
Barbara Moan                                                      Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2           Date Rcvd: Apr 13, 2015
                              Form ID: pdf006          Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2015.
db            +Barbara Moan,    1479 Woodcreek Bend,    Rockford, IL 61108-1521
14113736       Bergners,    Attn: Bankruptcy Dept.,    PO Box 17633,    Baltimore, MD 21297-1633
14113732     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond, VA 23285)
14113728      +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14113731      +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
22757420       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
14113720      +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
14113721      +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
14113729      +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
14113738      +Med Choice,    Attn: Bankruptcy Dept.,    PO BOX 6107,    Rockford, IL 61125-1107
14113723      +NCB NE ER,    Attn: Bankruptcy Dept.,    4661 E Main St,    Columbus, OH 43213-3298
14113730      +National CITY CARD SER,    Attn: Bankruptcy Dept.,    1 National City Pkwy,
                Kalamazoo, MI 49009-8003
14113734      +National City Bank,    Bankruptcy Department,    4653 E. Main Street,    Columbus, OH 43251-0001
14113719      +National City Mortgage,    Attn: Bankruptcy Dept.,    Po Box 1820,    Dayton, OH 45401-1820
22846751      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14113735      +Reese & Reese,    Attn: Bankruptcy Dept.,    979 North Main St.,    Rockford, IL 61103-7087
14113722      +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
14113724      +Wfnnb/Limited,    Attn: Bankruptcy Dept.,    Po Box 330066,    Northglenn, CO 80233-8066
14113727      +Wfnnb/VICTORIAS SECRET,    Attn: Bankruptcy Dept.,    Po Box 182128,    Columbus, OH 43218-2128
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14113725      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 14 2015 01:40:17      Kohls/Chase,
                Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14113737      +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2015 01:44:28      The Home Depot,
                Bankruptcy Department,    PO Box 105981 Dept. 51,    Atlanta, GA 30348-5981
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14113733*     +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14113739*     +National City Bank,    Bankruptcy Department,    4653 E. Main Street,    Columbus, OH 43251-0001
14113726     ##+Wfnnb/Express,    Attn: Bankruptcy Dept.,    Po Box 330066,    Northglenn, CO 80233-8066
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2015 at the address(es) listed below:
              Carole J. Ryczek    carole.ryczek@usdoj.gov
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Daniel Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Faiq  Mihlar    on behalf of Creditor    National City Bank, as Successor by Merger to National
               City Mortgage Co. bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
              Jason K Nielson    on behalf of Debtor Barbara  Moan ndil@geracilaw.com
```

```
District/off: 0752-3          User: kkrystave            Page 2 of 2              Date Rcvd: Apr 13, 2015
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

                                                                                            TOTAL: 8