UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
MOAN, BARBARA § Case No. 09-72746
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 149,225.00 *(Without deducting any secured claims)* | Assets Exempt: 321,645.00 |
| Total Distributions to Claimants: 25,834.02 | Claims Discharged Without Payment: 69,393.00 |
| Total Expenses of Administration: 96,608.23 | |

3) Total gross receipts of $ 237,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 115,057.75  (see **Exhibit 2**), yielded net receipts of $ 122,442.25  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 145,817.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 175,169.39 | 175,169.39 | 96,608.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 100,181.00 | 25,126.24 | 25,126.24 | 25,834.02 |
| **TOTAL DISBURSEMENTS** | $ 245,998.00 | $ 200,295.63 | $ 200,295.63 | $ 122,442.25 |

4) This case was originally filed under chapter 7 on 06/30/2009 . The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2015           By:/s/DANIEL M. DONAHUE
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Litigation | 1142-000 | 237,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 237,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BARBARA MOAN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 115,057.75 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 115,057.75** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | National City Bank Bankruptcy Department 4653 E. Main Street Columbus OH 43251 | | 21,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 National City Mortgage Attn: Bankruptcy Dept. Po Box 1820 Dayton OH 45401 | | 124,817.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 145,817.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 9,372.11 | 9,372.11 | 9,372.11 |
| BANK OF KANSAS CITY | 2600-000 | NA | 395.87 | 395.87 | 395.87 |
| COURT ORDERED FEES (1%) | 2990-000 | NA | 2,375.00 | 2,375.00 | 2,375.00 |
| EXPLANT PRESERVATION AND EXPERT COS | 2990-000 | NA | 677.00 | 677.00 | 677.00 |
| MEDICAL RECORDS ACQUISITION COSTS | 2990-000 | NA | 511.57 | 511.57 | 511.57 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 4,620.00 | 4,620.00 | 4,620.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 95.52 | 95.52 | 95.52 |
| BERNSTEIN LIEBHARD LLP | 3210-000 | NA | 77,571.16 | 77,571.16 | 0.00 |
| BERNSTEIN LIEBHARD LLP | 3210-600 | NA | 77,571.16 | 77,571.16 | 77,571.16 |
| BERNSTEIN LIEBHARD LLP | 3220-000 | NA | 990.00 | 990.00 | 0.00 |
| BERNSTEIN LIEBHARD LLP | 3220-610 | NA | 990.00 | 990.00 | 990.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 175,169.39 | $ 175,169.39 | $ 96,608.23 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bergners Attn: Bankruptcy Dept. PO Box 17633 Baltimore MD 21297-1633 | | 1,881.00 | NA | NA | 0.00 |
| 11 | National City Bank Bankruptcy Department 4653 E. Main Street Columbus OH 43251 | | 8,907.00 | NA | NA | 0.00 |
| 13 | NCB NE ER Attn: Bankruptcy Dept. 4661 E Main St Columbus OH 43213 | | 50.00 | NA | NA | 0.00 |
| 14 | Reese & Reese Attn: Bankruptcy Dept. 979 North Main St. Rockford IL 61103 | | 9,128.00 | NA | NA | 0.00 |
| 15 | The Home Depot Bankruptcy Department PO Box 105981 Dept. 51 Atlanta GA 30353-5981 | | 350.00 | NA | NA | 0.00 |
| 16 | TransUnion Attn: Bankruptcy Dept. P.O. Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| 17 | Wfnnb/Express Attn: Bankruptcy Dept. Po Box 330066 Northglenn CO 80233 | | 366.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 18 Wfnnb/Limited Attn: Bankruptcy Dept. Po Box 330066 Northglenn CO 80233 | | 84.00 | NA | NA | 0.00 |
| | 19 Wfnnb/VICTORIAS SECRET Attn: Bankruptcy Dept. Po Box 182128 Columbus OH 43218 | | 848.00 | NA | NA | 0.00 |
| | 3 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | 911.00 | NA | NA | 0.00 |
| | 4 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | 39,899.00 | NA | NA | 0.00 |
| | 5 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 5,879.00 | NA | NA | 0.00 |
| | 6 Equifax Attn: Bankruptcy Dept. P.O. Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 7 Experian Attn: Bankruptcy Dept. P.O. Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | 103.00 | NA | NA | 0.00 |
| | 9 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | 987.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 18,641.00 | 18,676.03 | 18,676.03 | 18,676.03 |
| 000002 | PNC BANK, N.A. | 7100-000 | 8,907.00 | 3,210.21 | 3,210.21 | 3,210.21 |
| 000003 | MED CHOICE | 7200-000 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 526.08 |
| | MED CHOICE | 7990-000 | NA | NA | NA | 91.27 |
| | PNC BANK, N.A. | 7990-000 | NA | NA | NA | 90.43 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 100,181.00 | $ 25,126.24 | $ 25,126.24 | $ 25,834.02 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-72746 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | MOAN, BARBARA | | | Date Filed (f) or Converted (c): | 06/30/09 (f) |
| | | | | 341(a) Meeting Date: | 08/06/09 |
| For Period Ending: | 07/13/15 | | | Claims Bar Date: | 03/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8001 Shaw Rd., Belvidere, IL | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, pictures and other art objects | 100.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 6. Furs & Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7. Whole life policy | 583.00 | 0.00 | | 0.00 | FA |
| 8. Pension w/Employer | 285,112.00 | 0.00 | | 0.00 | FA |
| 9. 2000 Pontiac Grand Prix | 1,625.00 | 0.00 | | 0.00 | FA |
| 10. Class action: pi claim (u) | Unknown | 237,500.00 | | 237,500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $470,870.00 | $237,500.00 | | $237,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case was reopened to administer an undisclosed asset revolving around a class action claim. The trustee has recovered the funds and has filed an Asset Report. The attorney for the debtor has taken the position that he feels that the recovery was not property of the estate but has not filed anything formal.

Initial Projected Date of Final Report (TFR): 05/01/15     Current Projected Date of Final Report (TFR): 05/01/15

LFORM1     Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-72746 -TML | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | MOAN, BARBARA | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0244 GENERAL CHECKING |
| Taxpayer ID No: | *******3920 | | |
| For Period Ending: | 07/13/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/15 | 10 | BERNSTEIN LIEBHARD LLP<br>10 E. 40th St.<br>New York, NY 10016 | SETTLEMENT PROCEEDS: PI CLAIM | | 233,936.43 | | 233,936.43 |
| | | | Memo Amount: 237,500.00 | 1142-000 | | | |
| | | | SETTLEMENT PROCEEDS: PI CLAIM | | | | |
| | | | Memo Amount: ( 2,375.00 ) | 2990-000 | | | |
| | | | COURT ORDERED FEES (1%) | | | | |
| | | | Memo Amount: ( 511.57 ) | 2990-000 | | | |
| | | | MEDICAL RECORDS ACQUISITION COSTS | | | | |
| | | | Memo Amount: ( 677.00 ) | 2990-000 | | | |
| | | | EXPLANT PRESERVATION AND EXPERT COS | | | | |
| 02/17/15 | 002001 | BERNSTEIN LIEBHARD LLP<br>10 E. 40TH ST.<br>NEW YORK, NY 10016 | SPECIAL COUNSEL FEES | 3210-600 | | 77,571.16 | 156,365.27 |
| 02/17/15 | 002002 | BERNSTEIN LIEBHARD LLP<br>10 E. 40TH ST.<br>NEW YORK, NY 10016 | SPECIAL COUNSEL EXPENSES | 3220-610 | | 990.00 | 155,375.27 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 165.19 | 155,210.08 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 230.68 | 154,979.40 |
| 05/12/15 | 002003 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 9,372.11 | 145,607.29 |
| 05/12/15 | 002004 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,620.00 | 140,987.29 |
| 05/12/15 | 002005 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 95.52 | 140,891.77 |
| 05/12/15 | 002006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 102.8% | | | 19,202.11 | 121,689.66 |
| | | | Claim 18,676.03 | 7100-000 | | | |
| | | | Interest 526.08 | 7990-000 | | | |
| 05/12/15 | 002007 | PNC BANK, N.A. | Claim 000002, Payment 102.8% | | | 3,300.64 | 118,389.02 |

Page Subtotals 233,936.43 115,547.41

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-72746 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | MOAN, BARBARA | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0244  GENERAL CHECKING |
| Taxpayer ID No: | *******3920 | | | |
| For Period Ending: | 07/13/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 94982<br>CLEVELAND, OHIO 44101 | Claim      3,210.21<br>Interest         90.43 | 7100-000<br>7990-000 | | | |
| 05/12/15 | 002008 | Med Choice<br>Attn: Bankruptcy Dept.<br>PO BOX 6107<br>Rockford, IL 61125 | Claim 000003, Payment 102.8% | | | 3,331.27 | 115,057.75 |
| | | | Claim      3,240.00<br>Interest         91.27 | 7200-000<br>7990-000 | | | |
| 05/12/15 | 002009 | BARBARA MOAN<br>8001 SHAW RD<br>BELVIDERE, IL  61008-8680 | Surplus Funds | 8200-002 | | 115,057.75 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 237,500.00 | COLUMN TOTALS | 233,936.43 | 233,936.43 | 0.00 |
| Memo Allocation Disbursements: | 3,563.57 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 233,936.43 | 233,936.43 | |
| Memo Allocation Net: | 233,936.43 | Less:  Payments to Debtors | | 115,057.75 | |
| | | Net | 233,936.43 | 118,878.68 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 237,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 3,563.57 | GENERAL CHECKING - ********0244 | 233,936.43 | 118,878.68 | 0.00 |
| Total Memo Allocation Net: | 233,936.43 | | 233,936.43 | 118,878.68 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        118,389.02

Ver: 18.05

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-72746 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | MOAN, BARBARA | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0244  GENERAL CHECKING |
| Taxpayer ID No: | *******3920 | | |
| For Period Ending: | 07/13/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*